CERTIFIED MAIL #70201290000216723442

Case Number: 2020-CI-23993

**HEIRS OF FERNANDO MACIAS ET AL**

**vs.**

**BEXAR COUNTY ET AL**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
131st JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:** BEXAR COUNTY
BY SERVING COUNTY JUDGE NELSON WOLFF

101 W NUEVA 10TH FL
SAN ANTONIO TX 78205

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said ORIGINAL PETITION was filed on the 14th day of December, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF February A.D., 2021.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Laura Castillo*, Deputy

---

HEIRS OF FERNANDO MACIAS ET AL
vs
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2020-CI-23993
Court: 131st Judicial District Court

Came to hand on the 2nd day of February 2021, A.D., at 3:19 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by deilvering to: _____ at 101 W NUEVA 10TH FL SAN ANTONIO TX 78205 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____.

Mary Angie Garcia
Clerk of the District Courts of
Bexar County, TX
By: *Laura Castillo*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70201290000216723466



2020CI23993 S00011

Case Number: 2020-CI-23993

**HEIRS OF FERNANDO MACIAS ET AL**

vs.

**BEXAR COUNTY ET AL**

(Note: Attached document may contain additional litigants).

IN THE DISTRICT COURT
131st JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**

**DIRECTED TO:** SHERIFF JAVIER SALAZAR

200 N COMAL
SAN ANTONIO TX 78207

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said ORIGINAL PETITION was filed on the 14th day of December, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF February A.D., 2021.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Laura Castillo*, Deputy

---

**HEIRS OF FERNANDO MACIAS ET AL**
vs
**BEXAR COUNTY ET AL**

**Officer's Return**

Case Number: 2020-CI-23993
Court: 131st Judicial District Court

Came to hand on the 2nd day of February 2021, A.D., at 3:38 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20____, by deilvering to: _____ at 200 N COMAL SAN ANTONIO TX 78207 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____.

Mary Angie Garcia
Clerk of the District Courts of
Bexar County, TX
By: *Laura Castillo*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70201290000216723428

Case Number: 2020-CI-23993

2020CI23993 S00002

**HEIRS OF FERNANDO MACIAS ET AL**

vs.

**BEXAR COUNTY ET AL**

(Note: Attached document may contain additional litigants).

IN THE DISTRICT COURT
131st JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**
**DIRECTED TO:** LAURA BALDITT

7906 MARTINELLI
SAN ANTONIO TX 78253-5042

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said ORIGINAL PETITION was filed on the 14th day of December, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF February A.D., 2021.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Laura Castillo*, Deputy

---

HEIRS OF FERNANDO MACIAS ET AL
vs
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2020-CI-23993
Court:131st Judicial District Court

Came to hand on the 2nd day of February 2021, A.D., at 3:15 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by deilvering to: _____ at 7906 MARTINELLI SAN ANTONIO TX 78253-5042 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____.

Mary Angie Garcia
Clerk of the District Courts of
Bexar County, TX
By: *Laura Castillo*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED