

# Case #2020CI23993

**Name**: YVONNE SHILLING

**Date Filed** : 12/14/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 131

**Docket Type** : OTHER CIVIL CASES

**Business Name** :

**Style** : HEIRS OF FERNANDO MACIAS ET AL

**Style (2)** : vs BEXAR COUNTY ET AL

# Case History

*Currently viewing 1 through 13 of 00013 records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00011 | 2/2/2021 | CITATION CERTIFIED MAIL<br>SHERIFF JAVIER SALAZAR<br>ISSUED: 2/2/2021 RECEIVED: 2/2/2021<br>EXECUTED: 2/4/2021 RETURNED: 2/8/2021 |
| S00010 | 2/2/2021 | CITATION<br>SHERIFF JAVIER SALAZAR<br>ISSUED: 2/2/2021 |
| S00009 | 2/2/2021 | CITATION<br>RUBEN VELA<br>ISSUED: 2/2/2021 |
| S00008 | 2/2/2021 | CITATION CERTIFIED MAIL<br>BOBBY HOGELAND<br>ISSUED: 2/2/2021 RECEIVED: 2/2/2021<br>EXECUTED: 2/6/2021 RETURNED: 2/11/2021 |
| S00007 | 2/2/2021 | CITATION<br>BOBBY HOGELAND<br>ISSUED: 2/2/2021 |
| S00006 | 2/2/2021 | CITATION CERTIFIED MAIL<br>BEXAR COUNTY<br>ISSUED: 2/2/2021 RECEIVED: 2/2/2021<br>EXECUTED: 2/4/2021 RETURNED: 2/4/2021 |
| S00005 | 2/2/2021 | CITATION<br>BEXAR COUNTY<br>ISSUED: 2/2/2021 |
| S00004 | 2/2/2021 | CITATION CERTIFIED MAIL<br>BEXAR COUNTY HOSPITAL DISTRICT<br>ISSUED: 2/2/2021 RECEIVED: 2/2/2021<br>EXECUTED: 2/4/2021 RETURNED: 2/8/2021 |
| S00003 | 2/2/2021 | CITATION<br>BEXAR COUNTY HOSPITAL DISTRICT<br>ISSUED: 2/2/2021 |
| S00002 | 2/2/2021 | CITATION CERTIFIED MAIL<br>LAURA BALDITT<br>ISSUED: 2/2/2021 RECEIVED: 2/2/2021<br>EXECUTED: 2/4/2021 RETURNED: 2/8/2021 |
| S00001 | 2/2/2021 | CITATION<br>LAURA BALDITT<br>ISSUED: 2/2/2021 |
| P00002 | 2/1/2021 | REQUEST FOR SERVICE AND PROCESS |
| P00001 | 12/14/2020 | PETITION |