IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN MACIAS, HEIRS OF FERNANDO MACIAS AND REPRESENTATIVE OF THE ESTATE OF FERNANDO MACIAS; YVONNE SHILLING, HEIRS OF FERNANDO MACIAS AND REPRESENTATIVE OF THE ESTATE OF FERNANDO MACIAS; AND WALTER MACIAS, HEIRS OF FERNANDO MACIAS AND REPRESENTATIVE OF THE ESTATE OF FERNANDO MACIAS;<br><br>*Plaintiffs,*<br><br>vs.<br><br>BEXAR COUNTY, RUBEN VELA, BOBBY HOGELAND, JOHN DOES 1-5,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | SA-21-CV-00193-JKP |

## ORDER

Before the Court in the above-styled cause of action is Bexar County Hospital District d/b/a University Health f/k/a University Health System's Motion to be Excused from Status Conference [#37]. Defendant asks the Court to excuse it from attending the status conference set for October 19, 2022. The Court will grant the motion.

The record reflects that on November 12, 2021, the District Court granted Defendant's motion to dismiss and dismissed all of Plaintiffs' claims against Bexar County Hospital District d/b/a University Health f/k/a University Health System, which operates University Hospital. Bexar County Hospital District was terminated as a Defendant but separately named Defendant University Hospital was not. The Court will now direct the Clerk to terminate this party.

**IT IS THEREFORE ORDERED** that Bexar County Hospital District d/b/a University Health f/k/a University Health System's Motion to be Excused from Status Conference [#37] is **GRANTED**. If a party is terminated before a final judgment is entered in a case, that party is excused from attending hearings that are set for after the termination, but may attend them.

**IT IS FURTHER ORDERED** that the Clerk **TERMINATE** University Hospital as a Defendant.

SIGNED this 17th day of October, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE