# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
AUG 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

August 15, 2025

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

    No. 24-50603   Macias v. Bexar County
                      USDC No. 5:21-CV-193-JKP

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Lisa E. Ferrara, Deputy Clerk
                      504-310-7675

cc:
    Ms. Laura Anne Cavaretta
    Ms. Lisa Violet Cubriel
    Mr. Robert D. Green
    Mr. U.A. A. Lewis
    Mr. Robert William Piatt III